IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| MARK ALEXANDER RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-074 |
| | ) | |
| JACOB BEASLEY; RODNEY FOULKS; | ) | |
| KEENAN CARVER; WILLESHA | ) | |
| WARREN; ASHLEY KENNEDY; and UNIT | ) | |
| MANAGER EDWARDS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

_____

Plaintiff, incarcerated at Johnson State Prison in Wrightsville, Georgia, filed a complaint pursuant to 42 U.S.C. § 1983 concerning events alleged to have occurred during his incarceration at Smith State Prison in Glennville, Georgia. (Doc. no. 1.) On October 24, 2025, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). (See doc. no. 5.) Plaintiff submitted his forms on December 1, 2025. (Doc. nos. 6, 7.) However, on December 4, 2025, the Court ordered Plaintiff to re-submit his Prisoner Trust Fund Account Statement because it did not include the required supporting documentation and accounting ledger. (Doc. no. 10.) Plaintiff requested and received an extension of time to re-submit his Prisoner Trust Fund Account Statement. (Doc. nos. 11, 12.) The time to respond has passed,

and Plaintiff has not submitted his Prisoner Trust Fund Account Statement as required by the Court's December 4th Order, nor has he provided the Court with any explanation as to why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915). Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 17th day of February, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2